**Alvin STEWART, Plaintiff–Appellant,**

v.

**BROWARD SHERIFF'S OFFICE, Defendant–Appellee.**

No. 04–14042

D.C. Docket No. 02–61145 CV–KAM.

United States Court of Appeals, Eleventh Circuit.

Nov. 21, 2005.

Nicolas A. Manzini, Miami, FL, for Plaintiff–Appellant.

Carmen Maria Rodriguez, Palmetto Bay, FL, for Defendant–Appellee.

Before HULL, MARCUS and HILL, Circuit Judges.

PER CURIAM:

After review and oral argument, we affirm the district court's grant of summary judgment in favor of defendant-appellee Broward Sheriff's Office on the basis of the district court's thorough and well-reasoned order of January 15, 2004.

**AFFIRMED.**